IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01917-WYD-MJW

ADEPT COMPUTER SOLUTIONS, INC.,

Plaintiff(s),

v.

ZOLL DATA SYSTEMS, ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulation for Enlargement of Time to Respond to Complaint and Jury Demand Pursuant to D.C.COLO.L.Civ.R.6.1(a), docket no. 5, is GRANTED up to and including November 19, 2005.

Date: October 31, 2005