# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-1917-WYD-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.
_____

# **MINUTE ORDER**
# **(DOCKET NUMBER 31)**
_____

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order, filed with the Court on March 1, 2006, (DN 31), is GRANTED. The Scheduling Order is amended as follows:

    The deadline for joinder of parties and amendment of pleadings is extended up to and including April 21, 2006.

Date: March 3, 2006