**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1917-WYD-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.
_____

**MINUTE ORDER
(DOCKET NUMBER 31)**
_____
ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference (docket no. 34) is GRANTED.  The Settlement Conference set on March 20, 2006,m at 10:30 a.m. is VACATED.  The parties shall submit to the court a written status report by April 3, 2006, following their mediation with Steve A. Mains, Esquire.

Date: March 17, 2006

1