IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01917-WYD-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

　　Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

　　Defendants.

_____

**ORDER REGARDING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT (DOCKET NO. 28)**
_____

**ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

　　This matter is before the court on the Plaintiff's Motion to File Amended Complaint (docket no. 28). The court has reviewed the motion and response thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

　　Plaintiff requests that this court allow Plaintiff to amend the Complaint pursuant to Fed. R. Civ. P. 15(a) to add two additional claims against Defendants under the Digital Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. §§ 1201(a) and 1202(a) and (b). In such additional claims as outlined in the proposed Amended

2

Complaint, Plaintiff alleges that Defendant has circumvented its copyright protection system and falsified, or removed and altered, its copyright management information.

Defendant argues that this court should deny Plaintiff's Motion to File Amended Complaint (docket no. 28) since such amendment would be futile under TV Communications Network, Inc. v. Turner Network Television, Inc., 964 F.2d 1022, 1028 (10th Cir. 1992), cert. denied, 506 U.S. 999 (1992);and Price v. Public Serv. Co. of Colorado, 850 F. Supp. 934, 951 (D. Colo. 1994), judgment rev'd, 89 F.3d 851 (10th Cir. 1996), since Plaintiff cannot state a prima facie case under 17 U.S.C. §§ 1201(a) and 1202(a) and (b).

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted).

Here, the court finds that Plaintiff has alleged sufficient facts in the Amended Complaint to add two additional claims under 17 U.S.C. §§ 1201(a) and 1202(a) and (b), and therefore the Plaintiff should be permitted to amend the Complaint.

**ORDER**

Accordingly, based upon these findings of fact and conclusions of law, this court **ORDERS**:

    1.    That Plaintiff's Motion to File Amended Complaint (docket no. 28)

3

is GRANTED.

2. Plaintiff shall forthwith file the Amended Complaint as tendered.

3. That each party pay their own attorney fees and costs for this motion.

Done this 23rd day of March 2006.

BY THE COURT

s/Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge