IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01917-WYD-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California Corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware Corporation, a California Corporation; and JOHN DOES 1-20,

    Defendants.

---

**ORDER**

---

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Zoll Data Systems.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  May 22, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge