**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1917-ZLW-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.

_____

**MINUTE ORDER
(DOCKET NUMBER 44)**
_____

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Joint Motion to Amend/Correct/Modify Scheduling Order, (DN 44), filed with the Court on July 26, 2006, is GRANTED.

    The Scheduling Order is amended as follows:

    a.  The Discovery Cut-off deadline is extended up to and including September 29, 2006;

    b.  Dispositive Motions deadline is extended up to and including October 31, 2006;

    c.  Any party bearing the burden of proof on an issue shall designate all experts with respect to such issues and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before July 31, 2006; and,

    d.  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before AUGUST 21, 2006.

Date:  June 27, 2006