IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01917-WYD-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California Corporation

    Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware Corporation and JOHN DOES 1-20.

    Defendants.

---

## [proposed] ORDER AMENDING SCHEDULING ORDER
(Docket Po 48)

This matter comes before the Court on the parties' Third Joint Motion to Amend Scheduling Order, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and amends the Scheduling Order (Docket No. 16) as follows:

    a. The discovery cut-off is extended to and including October 31, 2006;

    b. The dispositive motion deadline is extended to and including November 30, 2006;

    c. The deadline for any party bearing the burden of proof on an issue to designate experts with respect to such issues and to provide opposing counsel with all information specified in Fed. R. Civ. P.26(a)(2) is extended to August 31, 2006;

d. The deadline for parties to designate all rebuttal experts and to provide opposing counsel with all information specified in Fed. R. Civ. P.26(a)(2) extended to September 21, 2006; and

e. The final pretrial conference is rescheduled to 8:30 a.m., o'clock, on the 12th day of January, 2007. The current Pretrial Conference set on November 15, 2006 at 8:30 A.m. is VACATED.

Dated: July 28, 2006

BY THE COURT

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2