IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01917- ZLW -MJW

ADEPT COMPUTER SOLUTIONS, INC., a California Corporation

Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware Corporation and JOHN DOES 1-20.

Defendants.

## [Proposed] ORDER AMENDING SCHEDULING ORDER
(Docket no. 61)

This matter comes before the Court on the parties' Fourth Joint Motion to Amend Scheduling Order, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and amends the Scheduling Order (Docket No. 16) as follows:

a. The discovery cut-off is extended to and including December 15, 2006;

b. The dispositive motion deadline is extended to and including January 15, 2007;

c. Defendant Zoll may submit a supplemental expert rebuttal report not later than November 17, 2006; and

d. The final pretrial conference is rescheduled to 8:30 A.m., o'clock, on the 16th day of March, 2007. Proposed Final Pretrial Order is due March 9, 2007.

Dated: October 27, 2006

BY THE COURT

*[signature]*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**