**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1917-ZLW-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.

_____

**MINUTE ORDER**
_____

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that Defendant's Motion to Increase the Number of Interrogatories Allowed (docket no. 73) is GRANTED finding good cause shown. The number of interrogatories for each side is increased to forty (40). The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: February 7, 2007

1