**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.
_____

**MINUTE ORDER**
_____
ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that Plaintiff's Motion to Compel Responses to Requests for Production (docket no. 85) is DENIED for the following reasons. Defendant Zoll has provided to Plaintiff a supplemental response to Plaintiff's interrogatory no. 24 which, in essence, fully responds to Plaintiff's request for production no. 24. In the supplemental response to Plaintiff's interrogatory no. 24, Defendant Zoll, stated, in pertinent part, ... "Consequently, Zoll possesses no documents or other written evidence confirming that Street Wizard software was removed from each mobile unit." Moreover, Defendant Zoll has already provided all documents responsive to Plaintiff's Request for Production no. 9 and there are no other documents that have not already been produced by Defendant Zoll.

    It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

Date: March 7, 2007