**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.

_____

MINUTE ORDER
_____

    It is hereby ORDERED that Plaintiff's Motion to Allow Approximately One Hour of Additional Deposition Testimony Out of Time (docket no. 93) is GRANTED for those reasons as stated within this motion.  Plaintiff shall be permitted to depose two of Defendant Zoll Data Systems' customer representatives, Messrs. Delgado and Mains for one half hour each.  Discovery is extended until April 13, 2007, to complete the above depositions only.  The parties shall forthwith meet and confer and set the above depositions on or before April 13, 2007.

Date:  March 19, 2007