**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SYSTEMS, INC., a California corporation,

    Plaintiff,

**v.**

ZOLL DATA SYSTEMS, a Delaware corporation and
JOHN DOES 1-20,

    Defendants.

_____

MINUTE ORDER
_____

    It is hereby ORDERED that Plaintiff's Motion to Vacate and Reschedule Final Pre-Trial Conference (docket no. 99) is GRANTED. The Final Pretrial Conference set on April 16, 2007, at 9:30 a.m. is VACATED and reset on May 4, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Final Pretrial Order consistent with the e-filing requirements of this court five (5) days prior to the Final Pretrial Conference.

Date: March 21, 2007