IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware corporation; and
JOHN DOES 1-20,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April __18__, 2007


    It is ORDERED that the unopposed Motion To Withdraw Mark W. Fischer As Attorney Of Record For Defendant Zoll Data Systems, Inc., is granted, and attorney Fischer is allowed to withdraw as counsel for Defendant.  The Court notes that attorneys Natalie Hanlon-Leh and Mary V. Sooter continue to represent Defendant.