IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware corporation,

    Defendant.

___

ORDER
___

    Plaintiff's Motion For Partial Summary Judgment was filed April 30, 2007. Plaintiff's motion does not comply with D.C.COLO.LCivR 10.1E. because pages 4 through 17 of the brief are single-spaced.  Additionally, Plaintiff has not complied with section V.H.3 of this Court's Electronic Filing Case Procedures because Plaintiff has not labeled the exhibits submitted with its brief.  Further, while Plaintiff was given permission to group together a reasonable number of deposition excerpts from different depositions within one exhibit for ease of filing, Plaintiff must clearly label the deposition excerpts within each exhibit so that the Court and counsel can locate them and distinguish between them.  The exhibits as they are currently organized and labeled are confusing and unmanageable.  Accordingly, it is

    ORDERED that Plaintiff's Motion For Partial Summary Judgment (Doc. No. 122) is stricken.  It is

FURTHER ORDERED that, on or before May 14, 2007, Plaintiff shall re-file its Motion For Partial Summary Judgment, which shall be limited to 40 pages and double-spaced throughout except for block quotations.  It is

FURTHER ORDERED that all exhibits submitted with Plaintiff's motion shall be designated as exhibits, not appendices, and marked with numbers pursuant to D.C.COLO.LCivR 56.1C.1.  All exhibits shall bear an exhibit label on the lower right corner of the exhibit itself which identifies the exhibit by exhibit number.  Up to four separate deposition excerpts may be included within one labeled exhibit; however, the excerpts must be separated and identified by corresponding deposition transcript cover pages and each deposition page must indicate, at the top, the name of the deponent and date of the deposition.  All other exhibits must be marked and designated as separately numbered exhibits.   It is

FURTHER ORDERED that all references to exhibits in Plaintiff's brief shall cite to the exhibit number and page number of the exhibit being referenced.

It is recommended that Plaintiff send a hard-copy courtesy copy of its motion, brief, and exhibits to the Court and to opposing counsel via overnight mail on the date that the motion is filed.

DATED at Denver, Colorado, this   2   day of May, 2007.

>BY THE COURT:
>
>*(signature)*
>ZITA L. WEINSHIENK, Senior Judge
>United States District Court