IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01917-ZLW-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, a Delaware corporation,

    Defendant.

_____

ORDER
_____

    Upon further review of this case and the voluminous recent filings which exhibit more clearly the complexity involved in this case and the probability of a protracted trial, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's Office for reassignment to another U.S. District Judge.

    DATED at Denver, Colorado, this  4  day of May, 2007.

                                               BY THE COURT:

                                               _____
                                               ZITA L. WEINSHIENK, Senior Judge
                                               United States District Court