# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01917-RPM

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant.

_____

### ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

The Order of Reference to Magistrate Judge Michael J. Watanabe entered October 6th, 2005 [2], is hereby vacated.

DATED: May 16th, 2007

                                                BY THE COURT:

                                                s/ Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge