**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         May 16, 2007
Courtroom Deputy:   J. Chris Smith
ECR Technician:       Kathy Terasaki
_____

Civil Action No. 05-cv-01917-RPM-MJW

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,          Peter Forbes

     Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,                             Natalie M. Hanlon-Leh

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Status Conference**

**9:57 a.m.        Court in session.**

Discussion regarding case management, case status, claims, pending motions for summary judgments and preparing case for trial.

**ORDERED:    Order of Reference to Magistrate Judge is vacated.
                         Pretrial conference scheduled June 6, 2007 at 3:00 p.m. is vacated.**

Counsel state and agree that the mapping software is no longer being sold.
Mr. Forbes states plaintiff withdraws its injunctive relief claim, is claiming actual damages on the copyright claim and will consider withdrawing the three California law claims.
Ms. Hanlon-Leh states defendant concedes copyright violation.
Counsel state discovery is essentially completed, each side has two technology and damages experts, reports have been exchanged and experts have been deposed.

**ORDERED:    Plaintiff's injunctive relief claim is withdrawn.**

**ORDERED:    Defendant's Motion for Partial Summary Judgment, filed April 30, 2007 [118], is denied.
                         Defendant's Unopposed Motion to File Under Seal Defendant's Brief in Support of Its Motion for Partial Summary Judgment, filed April 30, 2007 [119], is granted.
                         Plaintiff's Motion for Partial Summary Judgment, filed may 14, 2007 [133], is denied.**

**ORDERED:    Counsel shall prepare and submit a proposed pretrial order which includes stipulation of facts by July 6, 2007.
                         Pretrial conference scheduled July 13, 2007 at 2:00 p.m.**

**10:23 a.m.      Court in recess.**        Hearing concluded.  Total time 26 min.