IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01917-RPM

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on July 13, 2007, it is

ORDERED that this matter is set for trial to jury on **December 3, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: July 16th 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch
                                  Senior District Judge