IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01917-RPM

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant.
_____

ORDER SETTING TRIAL PREPARATION CONFERENCE
_____

    To develop efficiencies for the conduct of the trial of this case to begin on December 3, 2007, it is

    ORDERED that a trial preparation conference will be convened on **November 27, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: November 8th, 2007

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch
                                Senior District Judge