IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01917-RPM

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant.

_____

ORDER DIRECTING RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE
EVIDENCE OF ZOLL'S UNRELATED PROFITS
_____

On October 1, 2007, the defendant submitted what it identifies as Zoll Data Systems' Motion in Limine to Exclude Evidence of Zoll's Unrelated Profits [151]. After review of the trial briefs and responses and the plaintiff's proposed jury instructions on damages, the Court is unclear as to what the plaintiff claims to be recoverable on its separate claims. That uncertainty must be clarified before trial. Accordingly, it is

ORDERED that on or before November 16, 2007, the plaintiff shall submit in response to the defendant's motion a statement of its claims for damages on the separate claims for relief to be tried in this case under the final pretrial order and the evidence expected to be introduced in support of those claims. The plaintiff must now elect as between statutory damages and actual damages on its claims for copyright infringement and for violations of the DMCA.

DATED: November 8th, 2007

                                          BY THE COURT:
                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch
                                          Senior District Judge