IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01917-RPM

ADEPT COMPUTER SOLUTIONS, INC., a California corporation,

Plaintiff,

v.

ZOLL DATA SYSTEMS, INC., a Delaware corporation,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on December 3, 2007 counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 14 day of December, 2007.

BY THE COURT:

Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2007

GREGORY C. LANGHAM
CLERK